**People of the State of Illinois, Appellee, v. Jill K. McNulty, Appellant.**

**Gen. No. 67–46. (Abstract of Decision.)**

Third District.
December 29, 1967.
Rehearing denied February 9, 1968.

Louis F. Knoblock, of Peoria, and John W. McNulty, of Chicago, for appellant; George Kennedy, State's Attorney, of Peoria, for appellee. Opinion by JUSTICE HOFFMAN. Not to be published in full.